IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KENDRICK DEMON STIDOM** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No.3:21-cv-01389-N |
| | § | |
| **JP MORGAN CHASE BANK, NATIONAL ASSOCIATION** | § § § § | |
| *Defendant*. | § | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF INTERESTED PERSONS

Plaintiff:	Kendrick Demon Stidom
	c/o Nicholas A. O'Kelly
	3109 Carlisle Street
	Dallas, Texas 75024

Plaintiff's Attorney:	Nicholas A. O'Kelly
	KILGORE & KILGORE, PLLC
	3109 Carlisle Street
	Dallas, Texas 75204
	nao@kilgorelaw.com

Defendant:	JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
	c/o Registered Agent
	CT Corporation System
	1999 Bryan Street, Ste. 900
	Dallas, Texas 75201-3136

Plaintiff reserves the right to amend this list as facts unfold during the discovery process.

Respectfully submitted,

KILGORE & KILGORE, PLLC

By: /s/ Nicholas A. 'Kelly
      Nicholas A. O'Kelly
      State Bar No.15241235
3109 Carlisle Street
Dallas, Texas 75204
(214) 969-9099 - Telephone
(214) 953-0133 - Facsimile
nao@kilgorelaw.com

**ATTORNEYS FOR PLAINTIFF**
**KENDRICK STIDOM**