UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENDRICK DEMON STIDOM, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 3:21-CV-01389-N |
| § | |
| JP MORGAN CHASE BANK, § | |
| NATIONAL ASSOCIATION, § | |
| § | |
| Defendant. § | |

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S
RULE 7.1 DISCLOSURES AND CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.1, Defendant JPMorgan Chase Bank, N.A., by its undersigned counsel, states as follows:

Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles, and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

Further, Defendant JPMorgan Chase Bank, N.A. states that the following individuals and entities have a financial interest in the outcome of this litigation:

1. Kendrick Demon Stidom

2. JPMorgan Chase Bank, N.A.

        Respectfully submitted,

By: */s/ John V. Jansonius*
    John V. Jansonius
    State Bar No. 10571900
    jjansonius@jw.com
    Shelisa E. Brock
    State Bar No. 24097420
    sbrock@jw.com
    2323 Ross Avenue, Suite 600
    Dallas, Texas 75201
    Telephone: (214) 953-6000
    Facsimile: (214) 953-5822

**ATTORNEYS FOR JPMORGAN CHASE BANK, N.A.**

## CERTIFICATE OF SERVICE

    This is to certify that on August 9, 2021, a true and correct copy of the foregoing document was served electronically via ECF on all counsel of record.

*/s/ John V. Jansonius*
John V. Jansonius