UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KENDRICK DEMON STIDOM,** § § **Plaintiff,** § § vs. § **CIVIL ACTION NO. 3:21-CV-01389-N** § **JP MORGAN CHASE BANK,** § **NATIONAL ASSOCIATION,** § § **Defendant.** § | |

### ORDER GRANTING DEFENDANT'S AGREED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO <u>PLAINTIFF'S ORIGINAL COMPLAINT</u>

On this day came on to be heard Defendant JPMorgan Chase Bank, N.A.'s (incorrectly named JP Morgan Chase Bank, National Association) ("Defendant" or "JPMC") Agreed Motion to Extend Deadline to Answer or Otherwise Respond to Plaintiff's Original Complaint (the "Motion"). The Court is of the opinion that the Motion should be and is hereby GRANTED in its entirety.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant's deadline to answer, move or otherwise respond to Plaintiff's Original Complaint is extended to August 23, 2021.

**IT IS SO ORDERED.**

_____, 2021.

_____
UNITED STATES DISTRICT JUDGE