IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENDRICK DEMON STIDOM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-1389-N |
| | § | |
| JP MORGAN CHASE BANK, | § | |
| NATIONAL ASSOCIATION, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

By separate Memorandum Opinion and Order of this same date, the Court granted

summary judgment to Defendant JP Morgan Chase Bank, National Association ("Chase").

It is, therefore, ordered that Plaintiff Kendrick Demon Stidom take nothing on his claims

against Chase, and those claims are dismissed with prejudice.  Court costs are taxed against

Stidom.  All relief not expressly granted is denied.  This is a final judgment.


Signed December 20, 2022.


David C. Godbey
Chief United States District Judge


ORDER – PAGE 1